ELIZABETH M. LEHMAN, as Administratrix of the Estate of EUGENE LEHMAN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30488.)

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Present —

EMPIRE LIVESTOCK MARKETING COOPERATIVE, INC., Respondent, v. MARION J. CARNEY, Appellant.—

Present —

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.